UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jackie Miranda,                                       Case No. 3:21-cv-8

                 Plaintiff

      v.                                           MEMORANDUM OPINION
                                                 AND ORDER

Commissioner of Social Security,

                 Defendant

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Carmen E. Henderson filed on February 8, 2022. (Doc. No. 21). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Henderson's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Henderson's conclusion that substantial evidence supports the ALJ's RFC determination that Plaintiff was limited to standing or walking four hours in an eight-hour workday is supported by substantial evidence. Judge Henderson also properly concluded the ALJ's failure to consider evidence dated after Plaintiff's date of last insured was a harmless error. Therefore, the Commissioner's decision is affirmed, and this case is dismissed.

So Ordered.

                                                                        s/ Jeffrey J. Helmick
                                                                        United States District Judge